HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
LINDA MADISON individually and as
Personal Representative of the estate of her
deceased husband, JOHN MADISON JR.,

           Plaintiff,

    v.                             07-CV-7899 (HB)

SMITHKLINE BEECHAM CORPORATION,    STIPULATION AND ORDER
GLAXOSMITHKLINE and
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

           Defendants.
--------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED between counsel for the parties to the above-captioned action, Plaintiff Linda Madison, individually and as Personal Representative of the estate of her deceased husband, John Madison Jr., and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") (improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the time for

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07

Defendant GSK to move, plead, or otherwise respond to Plaintiff's Complaint is hereby extended thirty (30) days from October 16, 2007 to November 15, 2007.

13th

Dated: October 3, 2007

David Ratner
Victoria J. Maniatis (VM 6388)
MORELLI RATNER PC
950 Third Avenue
New York, NY 10022

Attorneys for Plaintiff Victor Estevez

Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, New York 10018-1405

and

Nina M. Gussack
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

Attorneys for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline

SO ORDERED.

United States District Judge
Dated: 10/17/07

-2-