# Pepper Hamilton LLP

Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806

Suzanne D'Amico
direct dial: 212-808-2710
direct fax: 866-422-3073
damicos@pepperlaw.com

November 13, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

Via Facsimile and First Class Mail

The Honorable Harold Baer, Jr.
United States District Court
500 Pearl Street
Courtroom 2230
New York, NY 10007

Re:   Madison v. SmithKline Beecham 07 CV 7899

Dear Judge Baer:

As counsel to defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline, we join in plaintiff counsel's request dated November 13, 2007 for an adjournment of the conference scheduled for Thursday, November 15th before your Honor. As stated in the letter from plaintiff's counsel, the Judicial Panel on Multidistrict Litigation ("JPMDL") has ordered that Avandia cases in federal court will be transferred to the Eastern District of Pennsylvania.

At the direction of your law clerk, Jonathan Hanna, I am forwarding you a copy of the conditional transfer order filed by the JPMDL in In re: Avandia Marketing, Sales Practices and Products Liability Litigation. Please note that the above captioned case is listed on that order as a "tag-along action", and that the deadline for opposition to the conditional transfer order was November 9, 2007.

The Honorable Harold Baer, Jr.
Page 2
November 13, 2007

       Please do not hesitate to call me at 212-808-2710 if you have any questions or comments. Thank you for your consideration.

Respectfully,

*Suzanne D'Amico*

Suzanne D'Amico

SMD

Enclosure

cc:   Victoria J. Maniatis
      Morelli Ratner PC
      950 Third Avenue
      New York, NY 10022

*[Handwritten note:] I deny the PTO and await notification that the matter is a tag along part of the multi District Middlesex lawsuit.*

SO ORDERED: *Harold Baer*
Harold Baer, Jr., U.S.D.J.
11/14/07

Endorsement:

    I'll adjourn the PTC and await notification that the matter is as a tag along part of the Multi District Madison lawsuit.