UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
LINDA MADISON individually and as
Personal Representative of the estate of her
deceased husband, JOHN MADISON JR.,

                Plaintiff,

     v.                                   07-CV-7899 (HB)

SMITHKLINE BEECHAM CORPORATION,     STIPULATION AND ORDER
GLAXOSMITHKLINE and
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

                Defendants.
-------------------------------------------------------x

      IT IS HEREBY STIPULATED by counsel for the parties to the above captioned action, Plaintiff Linda Madison, individually and as Personal Representative of the estate of her deceased husband, John Madison Jr., and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")(also improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the time for Defendant GSK to move, plead or otherwise respond to the Plaintiff's Complaint is hereby extended until 30 days after both final transfer of the case to the MDL and the issuance of a Case Management Order, absent any

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

direction by the Court to the contrary in the Case Management Order.

Dated: November 12, 2007

_/s/ David Ratner_
David Ratner
Victoria J. Maniatis (VM 6388)
MORELLI RATNER PC
950 Third Avenue
New York, NY 10022

Attorneys for Plaintiff Victor Estevez

_/s/ Kenneth J. King_
Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, New York 10018-1405

and

Nina M. Gussack
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

Attorneys for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline

SO ORDERED

_/s/_
United States District Judge
Dated: 11/14/07

2